**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT C. MARSHALL,

Petitioner

v.

FCI LOMPOC II WARDEN,

Respondent

Case No.: 2:26-cv-02765-APG-EJY

**Order Dismissing Case**

It appears the petitioner may have completed his sentence, which might render this case moot. After this case was transferred to this court, I entered a minute order directing the parties to file a joint status report by September 30, 2026. ECF No. 22. Nothing was filed, so I ordered the petitioner to show cause why this case should not be dismissed for failure to comply with my order. ECF No. 23. I warned the petitioner that failure to respond to my order by October 16, 2026 would result in this case being dismissed without prejudice. The petitioner did not respond.

I THEREFORE ORDER that the petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 23rd day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE